253467

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-1816 JRT/FLN Case Title: Veritec, Inc. v. Veri-Code Systems, Inc.

Affidavit of Movant

I, Catharine F. Haukedahl, an active member in good standing of the bar of the U. S. District Court for the District of Minnesota, request that this Court admit pro hac vice Thomas J. Ring, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the Defendant Veri-Code Systems, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Catharine F. Haukedahl
Signature

42432
MN Attorney License #

11/8/01
Date

Affidavit of Proposed Admittee

I, Thomas J. Ring, am currently in good standing in the U. S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the Movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Thomas J. Ring
Type/Print Name

[signature]
Signature

Nov. 2, 2001
Date

Attorney License Number 3122065 (IL.)

Law Firm Name & Address: Wildman, Harrold, Allen & Dixon, 225 W. Wacker Drive
Chicago, IL 60606

Telephone: 312-201-2000

Motion Granted: Richard D. Sletten /kj
For the Court: Richard D. Sletten, Clerk

NOV 13 2001
Date

Note: The original of this form and the Pro hac Vice admission fee of $25 shall be filed with the Clerk of court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED NOV 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________