**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**VERITEC, INC.,**

Plaintiff,

v.

**VERI-CODE SYSTEMS, INC.,**

Defendant.

Civil No. 01-CV-1816 JRT/FLN

**STIPULATION TO AMEND PRETRIAL SCHEDULE**

---

The parties, through their undersigned counsel, hereby stipulate and agree to the amendment of Paragraph 1(a) of the Pretrial Schedule dated December 19, 2001, to extend the deadline to complete fact discovery until August 1, 2002. No other provision of the Pretrial Schedule shall be affected. The parties seek this extension to pursue existing settlement negotiations and secure the just, speedy and inexpensive determination of the action.

Dated: June 26, 2002

**FULBRIGHT & JAWORSKI L.L.P.**

By: [signature]
Alan M. Anderson, #149500
225 South Sixth Street, Suite 4850
Minneapolis, MN 55402-4320
Telephone: (612) 321-2800

**ATTORNEYS FOR PLAINTIFF**

MPLS 215965-1

FILED ____ 2002
RICHARD D. ____, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

Dated: June 26, 2002

**FELHABER, LARSON, FENLON & VOGT, P.A.**

By: Catharine F. Haukedahl
Catharine F. Haukedahl, MN #42432
225 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402-4302
(612) 339-6321

John J. Arado, IL # 63266
Thomas J. Ring, IL #3122065
Craig S. Fochler, IL #840858
WILDMAN, HARROLD, ALLEN & DIXON
225 West Wacker Drive
Chicago, IL 60606-1229
(312) 201-2000

**ATTORNEYS FOR DEFENDANT**

**IT IS SO ORDERED**

Date: July 5, 2002

Franklin L. Noel
Franklin L. Noel
Chief Magistrate Judge