UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**VERITEC, INC.,**

Plaintiff,

v.

**VERI-CODE SYSTEMS, INC.,**

Defendant.

Civil No. 01-CV-1816 JRT/FLN

**STIPULATION TO AMEND PRETRIAL SCHEDULE**

---

The parties, through their undersigned counsel, hereby stipulate and agree to the amendment of the Pretrial Schedule dated December 19, 2001, to suspend the deadline to complete discovery pending the settlement conference scheduled for August 26, 2002. No other provision of the Pretrial Schedule shall be affected. The parties seek this extension to secure the just, speedy and inexpensive determination of the action.

Dated: July 29, 2002

**FULBRIGHT & JAWORSKI L.L.P.**

By: C. E. H.

Alan M. Anderson, #149500
C. Erik Hawes, #0258301
225 South Sixth Street, Suite 4850
Minneapolis, MN 55402-4320
Telephone: (612) 321-2800

**ATTORNEYS FOR PLAINTIFF**

MPLS 218954-1

FILED
RICHARD D SLETTEN
JUDGMENT
DEPUTY CLERK

Dated: July 29, 2002

**FELHABER, LARSON, FENLON & VOGT, P.A.**

By: Catharine F. Haukedahl

Catharine F. Haukedahl, MN #42432
225 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402-4302
(612) 339-6321

John J. Arado, IL # 63266
Thomas J. Ring, IL #3122065
Craig S. Fochler, IL #840858
WILDMAN, HARROLD, ALLEN & DIXON
225 West Wacker Drive
Chicago, IL 60606-1229
(312) 201-2000

**ATTORNEYS FOR DEFENDANT**

**IT IS SO ORDERED**

Date: Aug 2 2002

Franklin L. Noel
Chief Magistrate Judge