UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Veritec, Inc.,
Plaintiff,

v.

Veri-Code Systems, Inc.,
Defendant.

Civil No. 01-1816 JRT/FLN

**STIPULATION AND ORDER FOR DISMISSAL**

The parties, through their undersigned counsel, hereby stipulate that the above-entitled action shall be dismissed in its entirety, with prejudice and without costs to either party.

Dated: ~~August~~ October 17, 2002.

Alan M. Anderson (149500)
FULBRIGHT & JAWORSKI L.L.P.
225 South Sixth Street
Suite 4850
Minneapolis, MN 55402-4320
Telephone: 612-321-2800

Attorneys for Plaintiff Veritec, Inc.

Dated: ~~August~~ October 22, 2002.

Catherine F. Haukedahl (42432)
FELHABER, LARSON, FENLON & VOGT, P.A.
225 South Sixth Street
Suite 4200
Minneapolis, MN 55402
Telephone: 612-339-6321

30308712.1

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

John J. Arado
WILDMAN, HARROLD, ALLEN & DIXON
225 West Wacker Drive
Chicago, IL 60606-1229
Telephone: 312-201-2000

Attorneys for Defendant Veri-Code Systems, Inc.

**ORDER**

IT IS HEREBY ORDERED, pursuant to the foregoing stipulation and Rule 41 of the Federal Rules of Civil Procedure, that the above-entitled action be, and hereby is, dismissed with prejudice and without costs to either party. The court shall retain jurisdiction over this action for six months from the date of this Order, for the purpose of resolving any disputes which may arise concerning the terms of the parties' settlement.

Dated: Oct. 24, 2002

John R. Tunheim
United States District Court Judge